UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WADE, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RCS RECOVERY SERVICES, LLC; BRIAN DAWSON D.B.A. DAWSON & OZANNE, ATTORNEYS AT LAW, and BRENDAN OZANNE D.B.A. DAWSON & OZANNE, ATTORNEYS AT LAW,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:19-cv-02016-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. 33] |

In accordance with Federal Rule of Civil Procedure 41, Plaintiff moves for dismissal of his individual claims against Defendants with prejudice. Having considered the motion and good cause having been shown, the motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

　　**IT IS SO ORDERED.**

DATED: July 9, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　United States District Judge